# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

134172 & (71)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

ROBERT THOMAS PARKS,
 Defendant-Appellant.

SC: 134172
COA: 265843
Genesee CC: 05-016127-FC

_____/

By order of October 24, 2007, the prosecuting attorney was directed to answer the application for leave to appeal the February 20, 2007 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case for a hearing pursuant to *People v Ginther*, 390 Mich 436 (1973).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008

Clerk

s0130